IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE LITTLE CIRCUS THAT COULD, LLC, d/b/a THE VENARDOS CIRCUS<br><br>Plaintiff,<br><br>v.<br><br>SMALL BUSINESS ADMINISTRATION,<br><br>and<br><br>ISABELLA CASILLAS GUZMAN, Administrator, Small Business Administration,<br><br>Defendants. | Civil Action No. 1:21-cv-02942 (RDM) |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff The Little Circus that Could, LLC d/b/a The Venardos Circus, and Defendants Small Business Administration ("SBA") and Isabella Casillas Guzman, in her official capacity as Administrator of the SBA, by and through undersigned counsel, stipulate to the dismissal of the instant action with prejudice, with each party to bear its own costs, attorneys' fees, and expenses.

Dated: February 10, 2022            Respectfully submitted,

/s/  Jeffrey E. McFadden
JEFFREY E. MCFADDEN
D.C. Bar No. 434234
LAW OFFICES OF JEFFREY E. MCFADDEN
312 Prospect Bay Drive East.
Grasonville, MD 21638-1181
(410) 490-1163
jmcfadden@jmcfaddenlaw.com

*Counsel for The Little Circus That Could, LLC*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney
BRIAN P. HUDAK
Acting Chief, Civil Division

/s/  Dedra S. Curteman
DEDRA S. CURTEMAN, IL Bar #6279766
Assistant United States Attorney
Civil Division
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-2550
Dedra.crteman@usdoj.gov

*Counsel for Defendants*

2